## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | § |
| | § |
| | §   CASE NUMBER 6:17-CR-00032-RWS |
| | § |
| **v.** | § |
| | § |
| | § |
| **TOMMY WAYNE DAVIS** | § |

## ORDER

Comes now the Court and finds that probable cause has been established in the above captioned criminal action and Defendant, TOMMY WAYNE DAVIS, is held over for a final revocation hearing.

**So ORDERED and SIGNED this 13th day of August, 2018.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE